IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| John A. "Tony" Vetter, Sr., individually and on behalf of other similarly situated individuals,<br><br>        Plaintiff,<br><br>v.<br><br>GEICO General Insurance Company, et al.,<br><br>        Defendants. | Civil Action No.: 8:13-cv-00642 RWT |

## ORDER

The above-entitled matter is before this Court on Plaintiff's Motion for Conditional Certification and Judicial Notice. Based upon the memoranda and all of the files herein, and for the reasons stated by the Court during the September 5, 2013 hearing, it is, this 25th day of September, 2013, by the United States District Court for the District of Maryland, hereby

**ORDERED**, that Plaintiff's Motion for Conditional Certification and Judicial Notice [ECF No. 22] is **GRANTED**; and it is further

**ORDERED**, that the Court conditionally certifies a class consisting of all persons who are or have been employed by Defendants as Security Investigators at any time within the United States (exclusive of California) within three years prior to the date of this Order, through the date of the disposition of this action, including Senior Security Investigators, Lead Security Investigators, Senior Investigators, and persons with some similar title, with the exception of any individual currently participating in *Calderon, et al. v. GEICO, et al.*, No. 8:10-cv-01958-RWT (D. Md.) as a FLSA Plaintiff or Rule 23 class member; and it is further

**ORDERED**, that notice is **APPROVED** in the attached notice form; and it is further

**ORDERED**, that GEICO **SHALL PROVIDE** Plaintiff's counsel with a list of the names, last known mailing addresses and dates of employment of all current and former employees who fall within the conditionally certified class, in electronic and importable format, within 14 days of the date of this order; and it is further

**ORDERED**, that the notice period for putative class members to join this case is 90 days from the date of mailing; and it is further

**ORDERED**, that this case is **STAYED** in all other respects pending the outcome of the Fourth Circuit's decision in the appeal of *Calderon*.

ROGER W. TITUS
UNITED STATES DISTRICT COURT JUDGE